**LAW OFFICES OF**
**EDWARD B. CHATOIAN**
2607 Fresno Street
Fresno, California 93721
TELEPHONE (559) 485-0101
FAX (559) 485-7643

EDWARD B. CHATOIAN II #63957

Attorneys for Plaintiff, JOHN BRUCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| JOHN BRUCE, ) | Case No. CV 11-03415 PSG |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | CASE MANAGEMENT CONFERENCE |
| vs. ) | AND ORDER THEREON |
| ) | |
| UNITED STATES OF AMERICA, ) | CMC: 10/11/11 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Location: Courtroom 5 |

The parties hereto, by and through their respective counsel, do hereby stipulate to continue the Case Management Conference presently scheduled for October 11, 2011, at 2:00 p.m. before the Honorable Judge Paul S. Grewal, be continued to a date convenience to the Court's calendar after November 14, 2011, the date defendant's response to plaintiff's complaint is due.

The basis for said continuation is outlined in the accompanying Declaration of Edward B. Chatoian, served and filed herewith.

Dated: October 3, 2011.

LAW OFFICES OF EDWARD B. CHATOIAN

By /s/Edward B. Chatoian
EDWARD B. CHATOIAN II
Attorneys for Plaintiff

| | |
|---|---|
| 1 | Dated: October 3, 2011. |
| 2 | MELINDA HAAG |
| 3 | UNITED STATES ATTORNEY |
| 5 | By /s/ Claire T. Cormier |
| | CLAIRE T. CORMIER |
| 6 | Assistant United States Attorney |
| | Specially Appearing for Defendant |
| | UNITED STATES OF AMERICA |

<u>ORDER</u>

Case Management Conference continued to 11/22/11 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October Î, 2011.

*[signature]*
MAGISTRATE JUDGE PAUL S. GREWAL

2