```
MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

Attorneys for Defendant
United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BRUCE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV 11-03415 PSG<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS, SETTING DEADLINE FOR RESPONSE TO COMPLAINT, AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Based on plaintiff's submissions in opposition to defendant's currently pending motion to dismiss, defendant has agreed to withdraw its motion, which is currently scheduled for hearing on November 15, 2011. Accordingly, the parties hereby STIPULATE AND REQUEST as follows.

Defendant's currently pending motion to dismiss is withdrawn. Defendant United States of America will have to and including November 30, 2011 to answer, move, or otherwise respond to the Complaint.  The initial case management conference for this case, currently scheduled for November 22, 2011, will be continued to December 13, 2011.

//

//

STIPULATION RE MOTION, COMPLAINT RESPONSE, AND CMC
Case No. CV11-3415 PSG                      -1-

IT IS SO STIPULATED.

                                              Respectfully submitted,

DATED: November 1, 2011        LAW OFFICES OF EDWARD B. CHATOIAN

                                              /s/ Edward B. Chatoian

                                              EDWARD B. CHATOIAN
                                              Attorney for Plaintiff

DATED: November 1, 2011        MELINDA HAAG
                                              United States Attorney

                                              /s/ Claire T. Cormier
                             By:

                                              CLAIRE T. CORMIER[1]
                                              Assistant United States Attorney

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: November _2_, 2011        /s/ Paul S. Grewal
                                                Paul S. Grewal
                                                United States Magistrate Judge

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.