1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       Claire.Cormier@usdoj.gov
7
   Attorneys for Defendant
8  United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 JOHN BRUCE,                    )   Case No. CV 11-03415 PSG
                                  )
14      Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER CONTINUING CASE**
15      v.                        )   **MANAGEMENT CONFERENCE**
                                  )
16 UNITED STATES OF AMERICA,      )
                                  )
17      Defendant.                )
                                  )
18 _____ )

19      The initial case management conference for this case, which has previously been

20 continued, is currently scheduled for December 13, 2011.  Defendant has filed a motion to

21 dismiss which is scheduled for hearing on February 7, 2012.  Because a ruling on the motion to

22 dismiss will have significant impact on the case, the parties hereby STIPULATE AND

23 REQUEST that the case management conference be continued to February 28, 2012 or a

24 subsequent date convenient to the Court.

25 //

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. CV11-3415 PSG                    -1-

1 | IT IS SO STIPULATED.

2 | Respectfully submitted,

3 | DATED: December 1, 2011   LAW OFFICES OF EDWARD B. CHATOIAN

4 |
5 | /s/ Edward B. Chatoian
6 | EDWARD B. CHATOIAN
    Attorney for Plaintiff

7 | DATED: December 1, 2011   MELINDA HAAG
    United States Attorney
8 |

9 |                  By:   /s/ Claire T. Cormier
10 |                        CLAIRE T. CORMIER[1]
                            Assistant United States Attorney
11 |
12 |
13 |
14 |                        **[~~PROPOSED~~] ORDER**

15 | IT IS HEREBY ORDERED that the initial case management conference is continued to
16 | February 28, 2012.
17 |
18 |
19 | DATED: December 9, 2011    """*[signature]*
                                 Paul S. Grewal
                                 United States Magistrate Judge
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 | ―――――――――――
28 | [1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.