```
MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

Attorneys for Defendant
United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BRUCE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | Case No. CV 11-03415 PSG<br><br>**STIPULATION AND [PROPOSED]<br>ORDER WITHDRAWING MOTION TO<br>DISMISS AND SETTING DEADLINE<br>FOR RESPONSE TO FIRST AMENDED<br>COMPLAINT** |

　　　Based on plaintiff's submissions in opposition to defendant's initial motion to dismiss, defendant agreed to withdraw that motion. Defendant then filed a second motion to dismiss on other grounds, which is currently scheduled for hearing on February 7, 2012. Instead of filing an opposition, plaintiff filed a First Amended Complaint, in accordance with Fed. R. Civ. P. Rule 15. Accordingly, the parties hereby STIPULATE AND REQUEST as follows.

　　　Defendant's currently pending motion to dismiss is withdrawn. Defendant United States of America will have to and including January 11, 2012 to answer, move, or otherwise respond to the First Amended Complaint.

//

//

STIPULATION RE MOTION AND COMPLAINT RESPONSE
Case No. CV11-3415 PSG                               -1-

IT IS SO STIPULATED.

                                        Respectfully submitted,

DATED: December 14, 2011        LAW OFFICES OF EDWARD B. CHATOIAN

/s/ Edward B. Chatoian
_____
EDWARD B. CHATOIAN
Attorney for Plaintiff

DATED: December 14, 2011        MELINDA HAAG
United States Attorney

By:   /s/ Claire T. Cormier
_____
CLAIRE T. CORMIER[1]
Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: December 37, 2011        _Paul S. Grewal_ (signature)
Paul S. Grewal
United States Magistrate Judge

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION RE MOTION AND COMPLAINT RESPONSE
Case No. CV11-3415 PSG        -2-