**LAW OFFICES OF**
**EDWARD B. CHATOIAN**
2607 Fresno Street
Fresno, California 93721
TELEPHONE (559) 485-0101
FAX (559) 485-7643

EDWARD B. CHATOIAN II #63957

Attorneys for Plaintiff, JOHN BRUCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| JOHN BRUCE,   )<br>   )<br>         Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>UNITED STATES OF AMERICA,   )<br>   )<br>         Defendant.   )<br>   ) | Case No. CV 11-03415 PSG<br><br>APPLICATION AND DECLARATION OF EDWARD B. CHATOIAN TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE AND ORDER THEREON<br><br>Date: 02/28/12<br>Time: 2:00 p.m. |

I, EDWARD B. CHATOIAN, say and declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and have been duly admitted to appear before this Court.

2. I am the attorney of record for, JOHN BRUCE, plaintiff herein.

3. My office is located in Fresno, California, which is, in the best of traffic conditions, at least a three hour drive, each way, from the Courthouse in San Jose.

4. On the date scheduled for the case management conference, I have a previously scheduled deposition of the defendant in a personal injury matter in which I represent the plaintiff.

5. I therefore respectfully request that the Court allow me to

1 appear telephonically at the scheduling conference through CourtCall or through
2 whatever means the Court may direct.
3     I declare under penalty of perjury that the foregoing is true and
4 correct. Executed this 6th day of February, 2012, at Fresno, California.

7     /s/ Edward B. Chatoian
    EDWARD B. CHATOIAN

10 ORDER

11 GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.
12 Counsel is to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.
13 Dated: FebruaryÂ, 2012.

15     Paul S. Grewal
    MAGISTRATE JUDGE PAUL S. GREWAL,