1 **LAW OFFICES OF**
**EDWARD B. CHATOIAN**
2607 Fresno Street
2 Fresno, California 93721
TELEPHONE (559) 485-0101
FAX (559) 485-7643
3

4 EDWARD B. CHATOIAN II #63957

5 Attorneys for Plaintiff, JOHN BRUCE

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              * * * * *

11 JOHN BRUCE,                    )   Case No. CV 11-03415 PSG
                                  )
12              Plaintiff,        )   APPLICATION AND DECLARATION OF
                                  )   EDWARD B. CHATOIAN TO APPEAR
13      vs.                       )   TELEPHONICALLY AT SCHEDULING
                                  )   CONFERENCE AND ORDER
14 UNITED STATES OF AMERICA,      )   THEREON
                                  )
15              Defendant.        )   Date: 02/28/12
                                  )   Time: 2:00 p.m.
16

17         I, EDWARD B. CHATOIAN, say and declare as follows:

18         1.   I am an attorney at law duly licensed to practice before all the

19 courts of the State of California and have been duly admitted to appear before

20 this Court.

21         2.   I am the attorney of record for, JOHN BRUCE, plaintiff herein.

22         3.   My office is located in Fresno, California, which is, in the best of

23 traffic conditions, at least a three hour drive, each way, from the Courthouse in

24 San Jose.

25         4.   On the date scheduled for the case management conference, I

26 have a previously scheduled deposition of the defendant in a personal injury

27 matter in which I represent the plaintiff.

28         5.   I therefore respectfully request that the Court allow me to

1  appear telephonically at the scheduling conference through CourtCall or through
2  whatever means the Court may direct.
3       I declare under penalty of perjury that the foregoing is true and
4  correct. Executed this 6th day of February, 2012, at Fresno, California.

/s/ Edward B. Chatoian
EDWARD B. CHATOIAN

ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Counsel is to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

Dated:  February , 2012.

_____
MAGISTRATE JUDGE PAUL S. GREWAL,

2